JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM KARGMAN, | Case No. CV 16-1656 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUST THE STORY, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of July 2016.

/s/
Fernando M. Olguin
United States District Judge